IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**MICHAEL THAXTON**
on behalf of himself and all others similarly situated,

    **Plaintiff,**

v.          Case No. 1:18-cv-00306-KWR-KK

**GEICO ADVANTAGE INSURANCE COMPANY, GOVERNMENT EMPLOYEES INSURANCE COMPANY, GEICO GENERAL INSURANCE COMPANY, GEICO INDEMNITY COMPANY, GEICO CASUALTY COMPANY, GEICO CHOICE INSURANCE COMPANY, GEICO COUNTY MUTUAL, and GEICO SECURE INSURANCE COMPANY,**

    **Defendants.**

## ORDER TO AMEND
## <u>ORDER ADOPTING JOINT STATUS REPORT [DOC. 86]</u>

Pursuant to the Parties' joint motion [Doc. 96] and stipulation of the Parties, the Court amends the Order Adopting the Joint Status Report [Doc. 86] filed on April 19, 2022, as follows:

c) Plaintiff's phase-one expert witness disclosures pursuant to Rule 26(a)(2)1 due by: <u>February 6, 2023</u>

d) Defendant's phase-one expert disclosure pursuant to Rule 26(a)(2)1 due by: <u>March 8, 2023</u>

e) Termination date for Phase I discovery: <u>April 24, 2023</u>

f) Motions relating to Phase I discovery to be filed by: <u>May 15, 2023</u>

g) Plaintiff's motion for class certification to be filed by: <u>May 24, 2023</u>

h) Defendant's response to Plaintiff's motion for

    class certification to be filed by:                      <u>June 21, 2023</u>

    i) Plaintiff's reply to Plaintiff's motion for

    class certification to be filed by:                      <u>July 24, 2023</u>

    IT IS SO ORDERED.

*[signature]*
_____
KIRTAN KHALSA
UNITED STATES MAGISTRATE JUDGE

Respectfully Submitted:

WILL FERGUSON & ASSOCIATES

By: */s/ Corinne L. Holt*
CORINNE L. HOLT
*Attorneys for Plaintiff*
1720 Louisiana Blvd. NE., Suite 100
Albuquerque, New Mexico 87110
Phone: (505) 243-5566
Fax: (505) 243-5699
corinne@fergusonlaw.com

Approved by:

SNELL & WILMER

<u>Electronically approved November 5, 2022</u>
Courtney Henson
Sheila Carmody
One South Church Ave
Suite 1500
Tucson, AZ 85701-1630
520-882-1249
Fax: 520-884-1294
chenson@swlaw.com
scarmody@swlaw.com

Jeanne Sohn

201 Third St. NW, Suite 500
Albuquerque, New Mexico 87102
T: (602) 382-6000
jysohn@swlaw.com

*Attorneys for all Defendants*