**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

| | |
|---|---|
| MICHAEL THAXTON, <br><br> Plaintiff, <br><br> v. <br><br> GEICO ADVANTAGE INSURANCE COMPANY, <br><br> Defendant. | Case No. 1:18-cv-00306-KWR-KK |

## ORDER GRANTING JOINT MOTION
## TO DISMISS PURSUANT TO RULE 41(a)(2)

Having considered Michael Thaxton's ("Plaintiff") and GEICO Advantage Insurance Company's ("Defendant") Joint Motion to Dismiss Plaintiff's Complaint, the Court orders Plaintiff's Complaint [Case No. 1:18-cv-00306-KWR-KK] **DISMISSED WITH PREJUDICE** as to the individual claims of Plaintiff Michael Thaxton and **DISMISSED WITHOUT PREJUDICE** as to the claims of the proposed, but not certified, class.

**IT IS SO ORDERED.**

**DATED: FEBRUARY 6, 2023.**

_____
**KEA W. RIGGS**
**UNITED STATES DISTRICT JUDGE**

SNELL & WILMER
L.L.P.
201 THIRD ST. NW, SUITE 500
ALBUQUERQUE, NM 87102